_____NER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

Clinton L. Ards #2297036
Plaintiff's Name and ID Number

Pack 1 Unit
Place of Confinement

*[stamp]* United States Courts
Southern District of Texas
FILED
JAN 31 2020
David J. Bradley, Clerk of Court

CASE NO._____
(Clerk will assign the number)

v.

Judge Robert Johnson
Defendant's Name and Address

Kim Ogg D.A.
Defendant's Name and Address

C. Irving Irving Law Firm
Defendant's Name and Address
( DO NOT USE "ET AL.")

Mr William Barr U.S. Dept. of Justice
Senior Warden J. Gauna
Warden Crowley Holiday Unit
Assisted Warden Wilder
Pack 1 Unit Parole/Ms. Simons
Parole Dept Austin Tx P. Thielke

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?____YES ✓NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____ *N/A*_____

        2.  Parties to previous lawsuit:

            Plaintiff(s) _____ *N/A*_____

            Defendant(s) _____ *N/A*_____

        3.  Court: (If federal, name the district; if state, name the county.) ___*N/A*_____

        4.  Cause number: _____ *N/A*_____

        5.  Name of judge to whom case was assigned: _____ *N/A*_____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) ____ *N/A*_____

        7.  Approximate date of disposition: _____ *N/A*_____

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: Pack I Unit NAVASota TX

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Clinton Lary Ards #2297036
Pack I Unit 2400 WAllAce Pack Rd NAVASoto Tx
77868

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Judge Robert Johnson, 201 Caroline St 16th Floor
Houston Tx 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

I was told that I was granted all My Back time

Defendant #2: Kim Ogg D.A 500 Jefferson St ste 600
Houston Tx 77002

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

I was told that if I sign for 3yrs I would get all Backtim

Defendant #3: C.Irving Irving Law Firm 917 FRANKlin St 4th Floor
Houston Tx 77002

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

C.Irving explain that if I sign for 3yrs I was granted Backtim

Defendant #4: Assisted WARDen Wilder

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He told me that I wasn't getting all my back time only 4mes

Defendant #5: Parole Dept P.Thielke 810 Shool Creek Blv
Austin Tx 78757

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

States I only have 4months back time on 3yrs

Defendant #6
MR. William Barr U.S. Dept of Justice WAshinton D.C

Defendant #7
WARDen Crowley Hoilday Unit Huntsville Tx

Rev. 05/15

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I got 3yrs on Dec 5, 2019 which I was told I was getting all my back time from case # 1527712010/0 which was Dismissed but the D.A. Recharge me on the same case; Case # 1627846 which I was told that I would get credit for all my back time from case # 1527712010/0 11-4-16 to 1-4-19 and case # 1627846 from 8-24-19 TO Dec 5, 2019 but I'm Not getting. I have (2) time sheets one states 4 months credit and the Other states 2yrs 8 months with 184% did on 3yrs if so why Am I still in TDCJ-ID

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Reward me all credit of back time Release me from TDCJ-ID and Reward me a 100,000⁰⁰ for Violation of Federal Laws & U.S Constitution Laws

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

659081, 1088273 SPN 2297036

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):  N/A

2.  Case number:  N/A

3.  Approximate date sanctions were imposed:  N/A

4.  Have the sanctions been lifted or otherwise satisfied?  ____YES  ✓ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____ N/A _____

    2. Case number: _____ N/A _____

    3. Approximate date warning was issued: _____ N/A _____

Executed on: **1-24-20**
       DATE

Clinton Larn Ards

_(Signature of Plaintiff)_

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an _in forma pauperis_ lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **24th** day of **Jan**, 20 **20** .
       (Day)         (month)        (year)

Clinton Larn Ards

_(Signature of Plaintiff)_

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

ATC-060 (Rev. 7)
Attachment 2

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each offender must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **State law** is as follows:*

"My name is _Clinton_ _Laru_ _Ards_ my date of birth is _8-24-71_,
(First)        (Middle)        (Last)

and my inmate identifying number, is _2297036_. I am presently incarcerated in

_Pack 1 Unit_ in _NAVASOTA_
(Corrections unit name)            (City)

_Grimes_ _TX_. I declare under penalty of
(County)        (State)        (Zip Code)

perjury that the foregoing is true and correct.

Executed on the _24th_ day of _Jan_, 20_20_. _Clinton Laru Ards_
(Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **Federal law** is as follows:*

I _Clinton Laru Ards_ _#2297036_ (insert offender name and TDCJ number), being presently incarcerated in _Pack 1 Unit_ (insert TDCJ unit name), in _____County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _24th_ day of _Jan_, 20_20_ _Clinton Laru Ards_
(Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

_Jacquelin AnRofe_ _01/22/2020_
(Signature - Notary)            (Date)



FOREVER / USA

Elinton Lara Huh
#997036· C-10-41
Pack 1 unit
2600 WAllace Pack Rd
NAVAsota TX 77868

Roof
Mail

United States Courts
Southern District of Texas
F I L E D

JAN 31 2020

David J. Bradley, Clerk of Court

DAvid J. Bradley
Clerk of Court
P.O. Box 61010
Houston Tx 77208